# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| 2999TC ACQUISITIONS, LLC f/k/a MO 2999TC, LLC, et al. | § § § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3229-S |
| 2999 TURTLE CREEK, LLC, et al. | § § | |

## AGREED FINAL JUDGMENT BETWEEN PLAINTIFFS AND THE GREEN HOLLOW DEFENDANTS

This Agreed Final Judgment is entered into by and between 2999TC Acquisitions, LLC f/k/a MO 2999 TC, LLC, and Timothy L. Barton (together, "***Plaintiffs***") and HNGH Turtle Creek, LLC ("***HNGH***"), HN Green Hollow Capital Partners, LLC ("***Green Hollow***"), Vipin Nambiar ("***Nambiar***"), and James G. Glasgow ("***Glasgow***") (collectively, "***Green Hollow Defendants***"), by and through and approved by the undersigned counsel of record. Upon the Court's review and consideration of the pleadings and evidence on file and this Agreed Final Judgment, the Court agrees that judgment should be entered and hereby renders judgment as follows:

It is **ORDERED** that:

1. The Court hereby **DISMISSES WITH PREJUDICE** the above-captioned lawsuit and all claims asserted by Plaintiffs in Plaintiffs' First Amended Complaint [ECF No. 44] against the Green Hollow Defendants, including, without limitation, misappropriation of trade secrets under the Defense of Trade Secrets Act (Count One), fraud (Count Four), fraud by nondisclosure (Count Six), conspiracy (Count Eight), tortious interference with existing contracts (Count Nine), tortious interference with prospective business relations (Count Ten), misappropriation of trade secrets and confidential information under the Texas Uniform Trade Secrets Act (Count Eleven), breach of contract (Count Twelve), breach of contract (Count Thirteen), declaratory judgment for

no default (Count Fifteen), declaratory judgment concerning the participation agreement (Count Sixteen), declaratory judgment concerning excused performance (Count Seventeen), and declaratory judgment concerning the valid assignment (Count Eighteen);

2. This Agreed Final Judgment disposes of all claims between Plaintiffs and the Green Hollow Defendants and is final as to Plaintiffs and the Green Hollow Defendants;

3. This Agreed Final Judgment expressly does not dispose of any claims between Plaintiffs and any other party not the Green Hollow Defendants;

4. Plaintiffs and the Green Hollow Defendants shall bear their own costs and fees; and

5. All further relief not granted herein is denied.

**SO ORDERED.**

SIGNED January 10, 2021.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND ENTRY:**

BY: /s/ *G. Michael Gruber*

**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**Kelsey M. Taylor, Esq.**
Texas Bar No. 24098507
taylor.kelsey@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

***Attorneys for Plaintiffs***

BY: /s/ *Rusty J. O'Kane*

**Rusty J. O'Kane**
State Bar No. 24088149
Rusty.Okane@wickphillips.com
**Zachary C. Farrar**
State Bar No. 24093418
Zachary.Farrar@wickphillips.com
**WICK PHILLIPS GOULD &MARIN LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
(214) 692-6200 (phone)
(214) 692-6255 (fax)

***Attorneys for Defendants HNGH Turtle Creek, LLC, HN Green Hollow Capital Partners, LLC, Vipin Nambiar, and James G. Glasgow***



Exhibit 2