**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**2999TC ACQUISITIONS, LLC,**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 21-31954-HDH-11**<br><br>**CHAPTER 11** |
| **2999TC ACQUISITIONS, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HNGH TURTLE CREEK, LLC, VIPIN NAMBIAR, HN GREEN HOLLOW CAPITAL PARTNERS, LLC,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **ADVERSARY NO. 21-03085-HDH** |

**ORDER GRANTING MOTION TO DISMISS AND MOTION FOR SANCTIONS**

Came before the Court HNGH Turtle Creek, LLC's ("HNGH") *Motion to Dismiss and Motion for Sanctions* (the "**Motion**"), seeking (i) dismissal of counts 5 and 6 of 2999TC Acquisitions, LLC's

(the "**Debtor**" or "**Plaintiff**") *Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. § 548 and 550* (the "**Complaint**") [Dkt. No. 1], and (ii) imposition of sanctions against 2999TC Acquisitions, LLC. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (iv) upon the record herein, after hearing the matter and after due deliberation thereon, good and sufficient cause exists for the granting of the relief set forth herein. Accordingly,

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein;

2. Count V (Fraud by Nondisclosure – HNGH, Nambiar and HN Green Hollow Capital Partners, LLC) of the Complaint is dismissed with prejudice as to all Defendants;

3. Count VI (Fraudulent Inducement – Nambiar and HNGH) of the Complaint is dismissed with prejudice as to all Defendants;

4. Plaintiff is ordered to pay all reasonable attorney costs and fees incurred by the Defendants in connection with the Motion;

5. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation of this Order.

**### END OF ORDER ###**

Prepared and Submitted by:

_/s/ R. Hale Neilson_
John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299

***Counsel for HNGH Turtle Creek, LLC***