John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299

Joyce W. Lindauer (TX Bar No. 21555700)
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**2999TC ACQUISITIONS, LLC,**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 21-31954-HDH-11**<br><br>**CHAPTER 11** |
| **2999TC ACQUISITIONS, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HNGH TURTLE CREEK, LLC, VIPIN NAMBIAR, HN GREEN HOLLOW CAPITAL PARTNERS, LLC,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **ADVERSARY NO. 21-03085-HDH** |

# AGREED MOTION TO ABATE DEADLINES

HNGH Turtle Creek, LLC ("**HNGH**") and 2999TC Acquisitions, LLC (the "**Debtor**") file this *Agreed Motion to Abate Deadlines* (the "**Motion**"), requesting entry of the proposed order filed contemporaneously herewith, abating all deadlines in the above-captioned adversary proceeding for all parties to the adversary proceeding, through and including March 15, 2022. In support hereof, the Parties respectfully state as follows:

1. To resolve various contested in the lead bankruptcy case, No. 21-31954-HDH-11, HNGH and the Debtor agreed to entry of the *Agreed Order Regarding Motion to Lift Stay [Doc.10] Motion to Dismiss [Doc. 9] Motion for Sanctions [Doc. 15] and Motion to Enforce Stay [Doc.14]* (the "**Settlement Agreement**"). The Settlement Agreement extends the automatic stay through and including March 15, 2022 and conditions dismissal of this adversary proceeding on the Debtor's compliance with certain terms and conditions further set forth therein.

2. To effectuate this relief, HNGH and the Debtor request that the Court abate all deadlines in the above-captioned adversary proceeding through and including March 15, 2022.

**WHEREFORE**, HNGH and the Debtor request entry of the proposed order filed contemporaneously herewith, (i) granting this Motion, and (ii) abating all deadlines in the above-captioned adversary proceeding for all parties to the adversary proceeding through and until March 15, 2022.

DATED: December 9, 2021

*/s/ R. Hale Neilson*
John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299

***Counsel for HNGH Turtle Creek, LLC***

-and-

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer (TX Bar No. 21555700)
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034

***Counsel for Debtor***

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9st day of December, 2021, served a copy of the foregoing, by ECF upon all parties in interest and by e-mailing the same, upon counsel of record as follows:

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Tel: (972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

*/s/ R. Hale Neilson*
R. Hale Neilson