**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**2999TC ACQUISITIONS, LLC,**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 21-31954-HDH-11**<br><br>**CHAPTER 11** |
| **2999TC ACQUISITIONS, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HNGH TURTLE CREEK, LLC, VIPIN NAMBIAR, HN GREEN HOLLOW CAPITAL PARTNERS, LLC,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **ADVERSARY NO. 21-03085-HDH** |

**AGREED ORDER GRANTING MOTION TO ABATE DEADLINES**

CAME BEFORE THE COURT HNGH Turtle Creek, LLC ("**HNGH**") and 2999TC Acquisitions, LLC's (the "**Debtor**") *Agreed Motion to Abate Deadlines*, filed on December 9,

2021. To effectuate the *Agreed Order Regarding Motion to Lift Stay [Doc.10] Motion to Dismiss [Doc. 9] Motion for Sanctions [Doc. 15] and Motion to Enforce Stay [Doc.14]* in the lead bankruptcy case, No. 21-31954-HDH-11, HNGH and the Debtor have agreed to abate all deadlines in the above-captioned adversary proceeding through and including March 15, 2022. The Court, having been apprised of the agreements of the parties and having determined that entry of this Order is in the best interest of the Debtor, its creditors, and the estate,

**IT IS ORDERED THAT:**

1. All deadlines for all parties in the above-captioned adversary proceeding are hereby abated though and including March 15, 2022.

2. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation of this Order.

**### END OF ORDER ###**

Prepared and Submitted by:

*/s/ R. Hale Neilson*
John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299

***Counsel for HNGH Turtle Creek, LLC***

and

*/s/Joyce W. Lindauer*
Joyce W. Lindauer (TX Bar No. 21555700)
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034

***Counsel for Debtor***