CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 10, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**2999TC ACQUISITIONS, LLC,**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 21-31954-HDH-11**<br><br>**CHAPTER 11** |
| **2999TC ACQUISITIONS, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HNGH TURTLE CREEK, LLC, VIPIN NAMBIAR, HN GREEN HOLLOW CAPITAL PARTNERS, LLC,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **ADVERSARY NO. 21-03085-HDH** |

## AGREED ORDER GRANTING MOTION TO ABATE DEADLINES

CAME BEFORE THE COURT HNGH Turtle Creek, LLC ("**HNGH**") and 2999TC Acquisitions, LLC's (the "**Debtor**") *Agreed Motion to Abate Deadlines*, filed on December 9,

2021. To effectuate the *Agreed Order Regarding Motion to Lift Stay [Doc.10] Motion to Dismiss [Doc. 9] Motion for Sanctions [Doc. 15] and Motion to Enforce Stay [Doc.14]* in the lead bankruptcy case, No. 21-31954-HDH-11, HNGH and the Debtor have agreed to abate all deadlines in the above-captioned adversary proceeding through and including March 15, 2022. The Court, having been apprised of the agreements of the parties and having determined that entry of this Order is in the best interest of the Debtor, its creditors, and the estate,

**IT IS ORDERED THAT:**

1. All deadlines for all parties in the above-captioned adversary proceeding are hereby abated though and including March 15, 2022.

2. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation of this Order.

**### END OF ORDER ###**

Prepared and Submitted by:

*/s/ R. Hale Neilson*
John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299

***Counsel for HNGH Turtle Creek, LLC***

and

*/s/Joyce W. Lindauer*
Joyce W. Lindauer (TX Bar No. 21555700)
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034

***Counsel for Debtor***

United States Bankruptcy Court
Northern District of Texas

2999TC Acquisitions, LLC,
Plaintiff
HNGH Turtle Creek, LLC,
Defendant

Adv. Proc. No. 21-03085-hdh

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 10, 2021 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | 2999TC Acquisitions, LLC, 13901 Midway Rd., Suite 102, Dallas, TX 75244-4388 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | HN Green Hollow Capital Partners, LLC |
| dft | | Vipin Nambiar |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joyce W. Lindauer | on behalf of Plaintiff 2999TC Acquisitions LLC joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com |
| Russell Hale Neilson | on behalf of Defendant HNGH Turtle Creek LLC HNeilson@krcl.com, hneilson@ecf.courtdrive.com |

TOTAL: 2